UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DONOVAN ANDREW SMITH SHELDON,

                Plaintiff,                JUDGMENT

    v.

                                                      22-CV-03778 (AMD)

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

                Defendant.
----------------------------------------------------------------X

        A Memorandum, Decision, and Order of Honorable Ann M. Donnelly, United States District Judge, having been filed on August 21, 2023, granting the plaintiff's motion for judgment on the pleadings; denying the Commissioner's motion; and remanding this case for further proceedings consistent with this opinion; it is

        ORDERED and ADJUDGED that the plaintiff's motion for judgment on the pleadings is granted; that the Commissioner's motion is denied; and that the case is remanded for further proceedings consistent with this opinion.

Dated: Brooklyn, New York                                    Brenna B. Mahoney
       August 24, 2023                                        Clerk of Court

                                                              By:    */s/Jalitza Poveda*
                                                                        Deputy Clerk